# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALAN FRAGUA,

    Plaintiff,

v.                                                                                                           CV 16-1404 RB/WPL

AL CASAMENTO, Director,
Sandoval County Detention Center,

    Defendant.

## ORDER TO SHOW CAUSE

On March 30, 2017, I entered an Order directing Defendant Al Casamento to produce additional information in support of his response to Alan Fragua's Petition for Writ of Habeas Corpus. (Doc. 8.) Casamento was directed to produce this information no later than 5:00 p.m. on April 7, 2017. (*Id.*) Casamento did not produce the information as ordered.

Casamento is hereby ordered to show cause, in writing, why he failed to produce the ordered information and why Fragua's petition should not be granted. Included in his response to his Order, Casamento will either produce the previously ordered information or will provide a detailed explanation as to why that information cannot be produced. Casamento will file his response to this Order no later than **5:00 p.m. on April 21, 2017**.

Casamento is specifically put on notice that failure to timely respond to this Order will result in a recommendation to Judge Brack that Fragua's petition be granted immediately and that Fragua be released. Such a failure may also result in an order to show cause why Casamento and counsel should not be sanctioned for failing to comply with Court orders.

IT IS SO ORDERED.

_____
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.