# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ALAN FRAGUA,

    Petitioner,

v.                                                1:16-cv-01404-RB-WPL

MATTHEW ELWELL[1], Director,
Sandoval County Detention Center,

    Respondent.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed May 8, 2017. (Doc. 12.) Respondent Elwell filed a notice of non-objection. (Doc. 14.)

IT IS THEREFORE ORDERED that:

1) the PFRD is adopted as an order of the Court;

2) the Petition (Doc. 1) is GRANTED; and

3) Fragua's conviction is REVERSED.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] Matthew Elwell, the new Director of the Sandoval County Detention Center, is automatically substituted for his predecessor, Al Casamento, as the respondent in this suit. FED. R. CIV. P. 25(d).